**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT GEORGE KINCAID,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>    Defendants. | Case No. 2:22-CV-09056-JLS (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (ECF No. 1); the briefs and documents filed in support of and in opposition to Defendant County of Los Angeles's ("Defendant") Motion to Dismiss for Lack of Jurisdiction ("Motion," ECF No. 54); the other records on file herein; the Report and Recommendation of United States Magistrate Judge (ECF No. 63); and Plaintiff's Objections (ECF No. 64). After conducting a *de novo* review of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT THEREFORE IS ORDERED** that:

(1)   The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

|   |   |   |
|---|---|---|
| 1 | (2) | Plaintiff's request—improperly raised in the Opposition brief—that the case be remanded to the District of Hawaii is **DISREGARDED**; |
| 2 | (3) | Judicial notice is **GRANTED** of Defendant's Exhibits C–N, and P and Plaintiff's Exhibits E, H–I, and K; and judicial notice is **DENIED** of Defendant's Exhibits A–B and Plaintiff's Exhibits A–D, F–G, J, and L–M. |
| 3 | (4) | The Motion is **GRANTED** as to both *Younger* abstention and the *Rooker-Feldman* doctrine; and |
| 4 | (5) | Judgment shall be **ENTERED DISMISSING** this lawsuit **WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND**. |

(2) Plaintiff's request—improperly raised in the Opposition brief—that the case be remanded to the District of Hawaii is **DISREGARDED**;

(3) Judicial notice is **GRANTED** of Defendant's Exhibits C–N, and P and Plaintiff's Exhibits E, H–I, and K; and judicial notice is **DENIED** of Defendant's Exhibits A–B and Plaintiff's Exhibits A–D, F–G, J, and L–M.

(4) The Motion is **GRANTED** as to both *Younger* abstention and the *Rooker-Feldman* doctrine; and

(5) Judgment shall be **ENTERED DISMISSING** this lawsuit **WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND**.

DATED: August 7, 2023

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE