JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GEORGE KINCAID,<br><br>               Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>               Defendants. | Case No. 2:22-CV-09056-JLS (MAA)<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

     IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: August 7, 2023

                                      JOSEPHINE L. STATON<br>                         UNITED STATES DISTRICT JUDGE